**Order entered January 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00646-CR

**ROBERT TRACY WARTERFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F10-61655-Y**

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of October 25, 2012 requiring the trial court to make findings of fact regarding why appellant's brief was not filed.

We **GRANT** appellant's January 2, 2013 motion for extension of time to file his brief. Appellant's brief tendered to the Clerk of the Court on January 2, 2013 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/　　　DAVID W. EVANS
　　　　　JUSTICE